

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable A. B. Conner, Director
Texas Agricultural Experiment Station
College Station, Texas

Dear Sir:      Opinion No. 0-2791
               Re:   Whether an employee of
                     an experiment station has
                     recourse against the State
                     for injury received in the
                     course of employment, and
                     if so, what procedure should
                     he follow to secure compensa-
                     tion for the accident?

Your inquiry of September 27, 1940, as to whether or not Mr. J. I. Morgan, employee of Substation No. 4 near Beaumont, who received an injury in the course of employment as a result of a hose being detached from a spray, with the result that a stream of builder's lime solution got in his eye subsequently causing blindness, has been received, and after careful consideration we have reached the following conclusion:

The Legislature of the State of Texas has made no provision, that we have found, for the allowance or payment of compensation to one who is injured while employed as a laborer for an experiment station.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable A. B. Conner, page 2

In the absence of such a provision, no allowance can be made by the State.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By               Edgar W. Cale
                      Assistant

EWC:LW

APPROVED NOV 15, 1940

ATTORNEY GENERAL OF TEXAS

